# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

JAVIER PENA ROBLES

Debtor(s)

CASE NO. 09-03999-MCF

CHAPTER 13

BANCO POPULAR DE PUERTO RICO

Movant(s)

JAVIER PENA ROBLES, and Alejandro Oliveras Rivera, as Chapter 13 Trustee

Respondent(s)

INDEX

## NOTICE ON MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. §362

To the above named respondent(s):

### JAVIER PENA ROBLES

You are hereby notified that on _10-3-2011_ the above named movant(s) filed a motion seeking relief from the automatic stay under 11 U.S.C. § 362.

Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney, **CARLOS G. BATISTA-JIMÉNEZ, ESQ.**, whose address is **PARRA, DEL VALLE & LIMERES, PO Box 331429, Ponce, PR 00733-1429.**

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then _NOV 0 2 2011_ at _9:00_ a.m./p.m. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur 3rd Floor, Courtroom 3, Old San Juan, PR , is fixed as the time and place for the preliminary and/or final hearing on such motion.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
CLERK, U.S. BANKRUPTCY COURT

BY: _____

Date of Issuance _OCT 04 2011_