IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>JAVIER PENA ROBLES<br><br>DEBTOR(S)<br><br>BANCO POPULAR DE PR<br>Movant<br><br>VS.<br>JAVIER PENA ROBLES<br>ALEJANDRO OLIVERAS RIVERA,<br>TRUSTEE<br><br>_____ | CASE NO 09-03999-MCF<br><br><br><br>CHAPTER 13 |

### DEBTOR'S RESPONSE TO MOTION REQUESTING RELIEF FROM THE AUTOMATIC STAY

TO THE HONORABLE COURT:

**COMES NOW** debtor in the above captioned case, through the undersigned attorney, and respectfully states and prays as follows:

1. Banco Popular de PR filed a motion requesting relief from the automatic stay basically stating that debtor has four (4) post-petition payments in arrears in their post-petition direct mortgage loan payments.

2. Debtor hereby respectfully submits that he is in the process of obtaining the funds to cure the arrears in direct post-petition payments to Banco Popular de PR on or before the preliminary hearing scheduled for November 2, 2011.

Page 2
Debtor's Response to Motion Requesting Relief to the Automatic Stay
Case no. 09-03999-MCF

**WHEREFORE,** debtor respectfully requests from this Honorable Court that upon payment of the post- petition arrears, deny the motion for relief from stay filed by Banco Popular de PR.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; Banco Popular de PR c/o Carlos G. Batista Jimenez, Esq; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Javier Pena Robles Borinquen Valley 118 Molinillo Street Caguas PR 00725.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 17th day of October, 2011.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC-PR #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787)744-78699
FAX NO (787)746-5294
EMAIL: rfigueroa@rfclawpr.com